PEOPLE *v.* TOWAR.

CRIMINAL LAW—AUTOMOBILES—SPEED LIMIT.

> The statutory 65 miles per hour speed limit on State trunk line highways, except freeways, is an unqualified maximum speed limit and not a prima facie speed limit (CLS 1961, § 257.628, as amended by PA 1963, No 143).

Appeal from Ingham; Hughes (Sam Street), J. Submitted Division 2 May 8, 1968, at Lansing, (Docket No. 4,503.)   Decided May 31, 1968.   Rehearing denied July 8, 1968.

David Robert Towar was convicted of driving in violation of the 65 miles per hour speed limit on a State trunk line highway, that was not a freeway. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Donald L. Reisig,* Prosecuting Attorney, and *James R. Ramsey* and *John A. Shrank,* Assistant Prosecuting Attorneys, for the people.

*Willingham, Learned, Cote, Spanos & Bartoli,* for defendant.

REFERENCE FOR POINTS IN HEADNOTE

7 Am Jur 2d, Automobiles and Highway Traffic §§ 180, 186, 193, 326.

Per Curiam. This appeal involves the single question: Is the 65 miles per hour limit on a State trunk line highway, that is not a freeway, in CLS 1961, § 257.628, as amended by PA 1963, No 143 (Stat Ann 1968 Cum Supp § 9.2328), a maximum speed limit or a prima facie speed limit?

The trial court held that it was an unqualified maximum, and we affirm.

Lesinski, C. J., and Quinn and Moody, JJ., concurred.